# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AUTOTEL, | |
| Plaintiff, | Case No. 2:12-CV-00164-KJD-VCF |
| v. | **ORDER** |
| BUREAU OF LAND MANAGEMENT, | |
| Defendant. | |

Plaintiff's Complaint (#1) was filed February 1, 2012. Federal Rule of Civil Procedure ("Rule") 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The 120 day time period for effecting service of the summons and complaint upon Defendant expired no later than May 31, 2012. On May 8, 2012, Plaintiff filed Proof of Service (#6) stating that it had sent a copy of the summons via certified mail to "BLM, U.S. Attorney, and U.S. Attorney General" in compliance with Rule 4(i). While Plaintiff is allowed to serve the United States or an agency by certified mail, Plaintiff is required to serve the summons and complaint. The Proof of Service does not identify whether Plaintiff served the complaint with the summons. Furthermore, it is not clear where service was effected.

///

///

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including June 28, 2012 to file proof of service of the summons and complaint within the allowed time to the correct addresses.  If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

DATED this 13TH day of June 2012.

_____
Kent J. Dawson
United States District Judge