# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AUTOTEL, | |
|     Plaintiff, | Case No. 2:12-CV-00164-KJD-VCF |
| v. | **ORDER** |
| BUREAU OF LAND MANAGEMENT, | |
|     Defendant. | |

    Plaintiff's Complaint (#1) was filed on February 1, 2012. On June 19, 2012, Defendant filed its Answer (#11), but filed a motion to extend the time to answer on July 12, 2012, which was granted by the Court on July 13, 2012. However, since that date, no action of record has been taken. Therefore, the parties are ordered to file a joint status report no later than January 2, 2013.

**IT IS SO ORDERED.**

    DATED this 11th day of December 2012.

_____
Kent J. Dawson
United States District Judge