1

DANIEL G. BOGDEN
United States Attorney

2

District of Nevada
ROGER W. WENTHE

3

Assistant United States Attorney
Nevada Bar No. 8920

4

U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite5000

5

Las Vegas, Nevada 89101
Ph: 702-388-6336

6

Fax: 702-388-6787
Email: roger.wenthe@*usdoj.gov*

7

Attorneys for the United States.

8

9

10

## UNITED STATES DISTRICT COURT

11

## DISTRICT OF NEVADA

12

13

14

15

16

| AUTOTEL, | ) | Case No.: 2:12-cv-164 -APG-VCF |
| Plaintiff, | ) | |
| v. | ) | |
| BUREAU OF LAND MANAGEMENT, | ) | |
| Defendant. | ) | |

## JOINT MOTION TO SET BRIEFING SCHEDULE

17

Plaintiff Autotel and Defendant Bureau of Land Management (BLM), by and through

18

their undersigned counsel, hereby request the Court to set a briefing schedule in this matter as

19

stated below.  Under Local Rule LR 16-1(c )(1), since this matter will be decided based on an

20

administrative record, its scheduling is to be governed by an order setting a briefing schedule,

21

rather than a discovery plan and scheduling order.  The parties request the Court to set the

22

following schedule for briefs in this matter:

23

Plaintiff's Motion For Summary Judgment And Opening Brief:  November 25, 2013

24

Defendant's Motion For Summary Judgment And Combined Opening Brief And

25

Response To Plaintiff's Opening Brief:  January 3, 2014

26

Plaintiff's Combined Reply Brief And Response to Defendant's Opening Brief:

27

February 3, 2014

28

1

1    Defendant's Reply Brief:  March 5, 2014

2    Dated this 21st day of October, 2013.

3

4    For the Plaintiff:                              For the Defendant:

5                                                    DANIEL G. BOGDEN
                                                     United States Attorney
6

7    _/s/  Marianne Dugan_____                       _/s/  Roger W. Wenthe_____
     Marianne Dugan                                  Roger W. Wenthe
8    259 E. 5th Ave., Ste. 200-D                     Assistant United States Attorney
     Eugene, OR  97401
9

10                              **O R D E R**

11

12        IT IS SO ORDERED this 21st day of October, 2013.

13

14                                                   _____

15                                                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28